**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00241-CR**
_____

**TOYE FRAZIER, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-14289**

**MEMORANDUM OPINION**

Appellant Toye Frazier has filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is singed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 13, 2015
Opinion Delivered January 14, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.